United States Bankruptcy Court
District of Maryland

In re:  
Jason Scott Collins  
    Debtor

Case No. 19-13257-LSS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0416-0     User: mrybczyns     Page 1 of 1     Date Rcvd: Mar 27, 2019  
                           Form ID: defntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.  
db         +Jason Scott Collins,   25804 Bowman Acres Lane,   Damascus, MD 20872-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:  
         Joshua Welborn     bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com  
         Timothy P. Branigan     cmecf@chapter13maryland.com  
                                                                                                                                TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–13257 – LSS**   Chapter: **13**

**Jason Scott Collins**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 15 – Chapter 13 Plan and certificate of service Filed by Jason Scott Collins. (Rybczynski, Mark) |
| PROBLEM: | **(A) Section 1 of the Certificate of Service indicates incorrect service. (B) The list of parties served a copy of the Plan was not attached. These must be cured by 4/9/19.** |
| CURE: | File a corrected Certificate of Service and attach the list of creditors. |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/26/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

cc:   Debtor
    Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)