UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:   Jason Scott Collins                              Case No. 19-13257
                                                          Chapter 13

**OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN**

Comes now the secured creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RES IDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORT GAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S7 (Dovenmuehle, servicer), which holds a Deed of Trust secured by the Debtor's real property at 25804 Bowman Acres Lane, Damascus, Maryland 20872**,** by and through its attorney, Joshua Welborn, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1.      The Debtor has proposed a plan which includes a total payment of $390,000.00 for arrearages owed to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RES IDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORT GAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S7 (Dovenmuehle, servicer).

2.      The secured creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RES IDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORT GAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S7 (Dovenmuehle, servicer) anticipates filing a Proof of Claim with pre-petition arrearages due in the approximate amount of $405,704.10.

3.      The plan as proposed by the Debtor would therefore be insufficient to pay the claim of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RES IDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORT GAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S7 (Dovenmuehle, servicer).

4.      Pursuant to a previous request from the Court to so advise it and the parties,

Counsel for the Creditor does not intend to appear in Court regarding this Objection

Wherefore the Secured Creditor prays this court to enter an Order

1. Denying confirmation of the proposed Chapter 13 Plan, or alternatively

2. Modifying the Chapter 13 Plan to provide for payment in full of the Claim filed by the secured creditor, or alternatively

3. For such other and further relief as the Court deems appropriate.

Respectfully submitted:

*/s/ Joshua Welborn, Esq. (Jwel)*
Joshua Welborn, Esq.
Attorney for Secured Creditor
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, Maryland  21046
cmecf@chapter13maryland.com

15-615668

I hereby further certify that on the 4th day of April, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Jason Scott Collins
25804 Bowman Acres Lane
Damascus, Maryland  20872
(Via U.S Mail)

            */s/ Joshua Welborn, Esq.*
            Joshua Welborn, Esq.

15-615668