**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JASON S. COLLINS, | : | Case No. 19-1-3257-LSS |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |

**TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**
**FOR DEBTOR'S FAILURE TO APPEAR AT THE**
**MEETING OF CREDITORS WITHOUT EXCUSE**

_____

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the Court to dismiss the case inasmuch as the Debtor(s) failed to appear at the meeting of creditors scheduled pursuant to section 341 of the Bankruptcy Code. No reasonable excuse for failing to appear and be examined has been offered. Such failure constitutes cause for dismissal, and has resulted in an unreasonable delay that is prejudicial to creditors. The Debtor(s) has/(have) have not tendered the first plan payment due, which is an enumerated basis for dismissal under section 1307(c)(4).

WHEREFORE, the Trustee prays that the Court dismiss the case.

Respectfully submitted,

April 29, 2019                                       /s/ Timothy P. Branigan
                                                     Timothy P. Branigan (Fed. Bar No. 06295)
                                                     Chapter 13 Trustee
                                                     9891 Broken Land Parkway, #301
                                                     Columbia, Maryland 21046
                                                     (410) 290-9120

### NOTICE OF OPPORTUNITY TO REQUEST A HEARING
### TO THE DEBTOR(S) AND DEBTOR(S)'S ATTORNEY OF RECORD
_____

**PLEASE TAKE NOTICE** that the Chapter 13 case will be closed unless, not later than May 24, 2019, there is filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and a copy served on the Trustee, a pleading responding to the Trustee's Motion to Dismiss Chapter 13 Case that controverts the motion or explains why the case should not be dismissed, together with a request for a hearing on the motion.

**PLEASE TAKE FURTHER NOTICE** that the case may be voluntarily converted to a case under Chapter 7 upon the Debtor's motion. A motion to convert the case to a case under Chapter 7 must be filed not later than May 24, 2019 with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, together with a necessary $25.00 filing fee.

### Certificate of Service

I caused a copy of the foregoing to be sent on April 29, 2019 by first-class U.S. mail, postage prepaid to:

Jason Collins
25804 Bowman Acres Lane
Damascus, MD  20872

                                                   /s/ Timothy P. Branigan
                                              Timothy P. Branigan (Fed. Bar No. 06295)